UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREGORY J. BOONE )<br>)<br>Defendant. ) | Civil No. 8:11-cv-00965-VMC-TBM |

## STIPULATED ORDER OF PERMANENT INJUNCTION

Plaintiff, United States of America, has filed a complaint for permanent injunction and other equitable relief against Defendant Gregory J. Boone ("Boone"). Boone has consented to entry of this Stipulated Order of Permanent Injunction, and waives the entry of findings of fact and conclusions of law. Defendant Boone further understands that this permanent injunction constitutes the final judgment in this matter, and waives any rights he may have to appeal from this judgment.

Defendant acknowledges that entry of this Stipulated Order of Permanent Injunction neither precludes the Internal Revenue Service from assessing taxes, interest, or penalties against him for asserted violations of the Internal Revenue Code, nor precludes him from contesting any such assessments.

Defendant agrees that this Court shall retain jurisdiction over him for the purpose of implementing and enforcing this Order, and understands that if he violates this injunction, he may be found to be in contempt of court and may be sanctioned or imprisoned.

Accordingly, it is ORDERED that:

A.  Pursuant to 26 U.S.C. §§ 7402 and 7408, Gregory J. Boone and his representatives, agents, servants, employees, attorneys, independent contractors, and anyone in active concert or participation with him, are permanently enjoined from directly or indirectly;

   1. preparing tax forms, and from providing, signing, filing, or advising about the Form 1099-OID or other Forms 1099, or preparing other tax forms for other persons or entities;

   2. Owning and/or operating any website that participates in preparing false documents, including any type of Form 1099, for use in preparing federal income tax returns;

   3. Engaging in any other activity subject to penalty under the Internal Revenue Code; and

   4. Engaging in other conduct that substantially interferes with the proper administration and enforcement of the internal revenue laws.

B.  Pursuant to 26 U.S.C. §§ 7402 and 7408, Boone and his representatives, agents, servants, employees, and anyone in active concert or participation with him, are permanently enjoined from directly or indirectly by means of false, deceptive, or misleading commercial speech:

   1. Organizing, promoting, or selling tax shelters, plans or arrangements that advise or assist taxpayers in attempting to evade the assessment or collection of such taxpayers' correct federal tax;

    2.    Engaging in any other activity subject to penalty under 26 U.S.C. § 6700, including organizing or selling a plan or arrangement and making a statement regarding the excludability of income or securing of any other tax benefit by participating in the plan that he knows or has reason to know is false or fraudulent as to any material matter;

    3.    Engaging in any activity subject to penalty under 26 U.S.C. § 6701; and

    4.    Directly or indirectly organizing, promoting, marketing, or selling any plan or arrangement that assists or incites taxpayers to attempt to violate internal revenue laws or unlawfully evade the assessment or collection of their federal tax liabilities, including promoting, selling, or advocating the use of false Forms 1099.

C.    Pursuant to 26 U.S.C. § 7402, Boone is permanently enjoined from preparing his own federal income tax returns claiming false income tax withholding and refunds based on amounts shown on false Forms 1099;

D.    Pursuant to 26 U.S.C. § 7402, Boone shall contact by mail (and also by e-mail, if an address is known) all persons who have purchased any products, services, or advice associated with the false or abusive tax scheme described in this complaint, from Boone, PHI, LLC, or any other entity controlled by Boone, and inform those persons of the Court's findings by providing them with a copy of the permanent injunction against Boone;

E.    Pursuant to 26 U.S.C. § 7402, Boone and his representatives, agents, servants, employees, attorneys, and those persons in active concert or participation with

him are enjoined from posting content regarding the tax scheme described in the government's complaint on any website, including www.efileoid.com, www.notaryacceptor.com, www.validatethedebt.com, and www.freemyloan.com.

F. This Court retains jurisdiction to allow the United States full post-judgment discovery to monitor Boone's compliance with the injunction.

Dated: 5/5/11

Gregory J. Boone
10426 Hunters Haven Blvd.
Riverview, FL 33578

Dated: 5/17/2011

ROBERT E. O'NEILL
United States Attorney

MIRANDA BUREAU
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-9171
Fax: (202) 514-6770
Email: miranda.j.bureau@usdoj.gov

*Attorneys for Plaintiff United States of America*

Signed this \_\_1st\_\_ day of \_\_June\_\_, 2011

_____
UNITED STATES DISTRICT JUDGE